McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Frank P. Cannatelli*, in support of the petition.

*Richard J. Pascal* and *Laura B. Seder*, in opposition.

Decided January 28, 2010

STATE OF CONNECTICUT *v.* JOANNE WARREN

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 456 (AC 29315), is denied.

*Lauren Weisfeld*, senior assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 28, 2010

STATE OF CONNECTICUT *v.* MARK REYNOLDS

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 278 (AC 29653), is denied.

*Mary Beattie Schairer*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided January 28, 2010